**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE WALTER E. CAMPBELL COMPANY<br><br>                    Plaintiff,<br><br>v.<br><br>GENERAL INSURANCE COMPANY OF AMERICA; THE CONTINENTAL INSURANCE COMPANY; NATIONAL INDEMNITY COMPANY; THE HARTFORD FINANCIAL SERVICES GROUP, INC.; FEDERAL INSURANCE COMPANY; UNITED STATES FIRE INSURANCE COMPANY; ST. PAUL FIRE AND MARINE INSURANCE COMPANY; PENNSYLVANIA MANUFACTURERS' ASSOCIATION INSURANCE COMPANY<br>                    Defendants. | Case No. 13-2062 |

**NOTICE OF REMOVAL**

Defendants The Hartford Financial Services Group, Inc. ("HFSG");[1] General Insurance Company of America ("General Insurance"); The Continental Insurance Company ("Continental"); National Indemnity Company ("National Indemnity"); United States Fire Insurance Company ("U.S. Fire"), improperly designated as Crum & Forster Corporation; St. Paul Fire and Marine Insurance Company ("St. Paul"); and Pennsylvania Manufacturers' Association Insurance Company ("PMA") (collectively, the "Defendant Insurers") by the undersigned counsel, and in accordance with 28 U.S.C. §§ 1441 and 1332, hereby remove the above-captioned action from the Superior Court of the District of Columbia, Civil Division. This notice is being filed by all remaining Defendant Insurers and with the consent of Federal

---

[1]    Plaintiff improperly named The Hartford Financial Services Group, Inc. ("HFSG") as a defendant. HFSG did not issue liability insurance policies to WECCO; rather, Hartford Accident and Indemnity Company and Hartford Fire Insurance Company issued the policies.

Insurance Company ("Federal Insurance"). In support thereof, the Defendant Insurers state the following grounds for removal:

1. On January 7, 2013, Plaintiff The Walter E. Campbell Company, Inc. ("WECCO") filed an action against the Defendant Insurers, Federal Insurance, and the Maryland Property Casualty Insurance Guaranty Corporation ("PCIGC") in the Superior Court of the District of Columbia, Civil Division, captioned *The Walter E. Campbell Company v. General Insurance Company of America, et al.*, Civil Action No. 2013-CA-000109. A copy of the Complaint is attached hereto as Exhibit 1.

2. On December 26, 2013, former defendant, PCIGC was dismissed from this action. A copy of the Order dismissing PCIGC is attached hereto as Exhibit 2.

3. With the dismissal of PCIGC, there is now complete diversity in this action.

4. Removal of this action is timely under 28 U.S.C. § 1446(b)(3) and 28 U.S.C. § 1446(c)(1) because this action is being removed within thirty (30) days after receipt of the order dismissing PCIGC and one (1) year after the commencement of this action.

5. WECCO has been named as a defendant in certain lawsuits alleging bodily injury arising from asbestos or asbestos-containing products that WECCO allegedly distributed, sold, installed, or handled (the "Asbestos Suits"). The Defendant Insurers are alleged to be responsible for certain insurance policies issued to WECCO.

6. In its Complaint, WECCO seeks a declaration that the Asbestos Suits "fall within the general liability coverage" of certain insurance policies issued by defendants, and outside the "products" and "completed operations" hazards of those policies, if the Asbestos Suits allege exposure to asbestos during WECCO's work. *See* Complaint at 3, ¶ 1 (Ex. 1). WECCO also

seeks a declaration that the Asbestos Suits arise out of "multiple occurrences," as that term is defined under the policies. *Id.*

7. On information and belief, Plaintiff WECCO is a Maryland corporation that, as of the date of the filing of the complaint, had a principal place of business in Maryland. As of the date of removal, upon information and belief, WECCO's principal place of business is either in Maryland or in the District of Columbia.

8. Defendant HFSG is a Delaware corporation with its principal place of business in Connecticut.

9. Defendant General Insurance is a New Hampshire corporation with its principal place of business in Massachusetts.

10. Defendant Continental is a Pennsylvania corporation with its principal place of business in Illinois.

11. Defendant National Indemnity is a Nebraska corporation with its principal place of business in Nebraska.

12. Defendant Federal Insurance is an Indiana corporation with its principal place of business in New Jersey. Federal Insurance has entered into a settlement agreement with WECCO, and the Superior Court has treated Federal Insurance as having been dismissed from this action, although no formal stipulation or order of dismissal was entered by the Superior Court as to Federal Insurance. For the avoidance of doubt, to the extent that Federal Insurance formally remains a party to this action, Federal Insurance consents to the removal of this action, as reflected in the Consent to Removal executed by counsel for Federal Insurance, attached hereto as Exhibit 3.

13. Defendant U.S. Fire (also incorrectly named as Crum & Forster Corporation) is a Delaware corporation with its principal place of business in New Jersey.

14. Defendant St. Paul is a Connecticut corporation with its principal place of business in Connecticut.

15. Defendant PMA is a Pennsylvania corporation with its principal place of business in Pennsylvania.

16. Because there is complete diversity jurisdiction between the plaintiff and the Defendant Insurers, this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332.  This action is a civil action where the amount in controversy exceeds $75,000, exclusive of interest and costs, and the Plaintiff and all Defendant Insurers are citizens of different states.

17. Pursuant to 28 U.S.C. § 1441(a), any civil action brought in a state or in the District of Columbia in which the district courts of the United States have original jurisdiction may be removed by defendants to the district court of the United States for the district and division embracing where such action is pending.

18. Removal of this action to this Court is proper pursuant to 28 U.S.C. § 1441 because the Superior Court of the District of Columbia, Civil Division, is located within the geographical area embraced by the United States District Court for the District of Columbia under 28 U.S.C. § 88.

19. Pursuant to 28 U.S.C. § 1446(d), prompt written notice of this Notice of Removal is being provided to Plaintiff, through counsel of record, and to the Clerk of the Court for the Superior Court of the District of Columbia, Civil Division.

WHEREFORE, the Defendant Insurers submit that this matter is properly removed from the Superior Court of the District of Columbia, Civil Division to this Court.

Respectfully submitted this 30 day of 2013.

/s/ Edward B. Parks, II
Edward B. Parks, II (D.C. Bar No. 442293)
James P. Ruggeri ( D.C. Bar No. 431034)
Danielle S. Rosborough (D.C. Bar No. 1016234)
SHIPMAN & GOODWIN, LLP
1133 Connecticut Avenue NW
Washington, D.C. 20005
Tel.: (202) 469-7750
Fax: (202) 469-7751
jruggeri@goodwin.com
eparks@goodwin.com
drosborough@goodwin.com

*Counsel for Defendant The Hartford Financial Services Group Inc.*

/s/ Harry Lee
Harry Lee (D.C. Bar No. 413056)
Catherine Cockerham (D.C. Bar No. 978751)
STEPTOE & JOHNSON LLP
1330 Connecticut Ave NW
Washington, D.C. 20036
Tel.: (202) 429-3000
Fax: (202) 429-3902
hlee@steptoe.com
ccockerham@steptoe.com

*Counsel for Defendant St. Paul Fire and Marine Insurance Company*

/s/ Christopher J. Barr
Christopher J. Barr (D. C. Bar No. 375372)
Matthew J. Agen, Esq.
POST & SCHELL, P.C.
Suite 600
607 14th Street NW
Washington, D.C. 20005-2006
Tel: (202) 347-1000
Fax: (202) 661-6970 (fax)
cbarr@postschell.com
matthewagen@postschell.com

John C. Sullivan, Esq.
POST & SCHELL, P.C.

/s/ Lori A. Rubin
Lori A. Rubin (D.C. Bar No. 1004240)
Benjamin R. Dryden (DC Bar No. 983757)
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 600
Washington, D.C. 20007-5109
Tel.: (202) 672-5300
Fax: (202) 672-5399
larubin@foley.com
bdryden@foley.com

Ana M. Francisco, Esq.
Michael Thompson, Esq.
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA 02199
Tel.: (617) 342-4000
Fax: (617) 342-4001
afrancisco@foley.com
mxthompson@foley.com

*Counsel for Defendant General Insurance Company of America*

/s/ Charles T. Blair
Charles T. Blair (D.C. Bar No. 429944)
Prashant K. Khetan (D.C. Bar No. 477636)
TROUTMAN SANDERS LLP
401 Ninth St NW, Suite 1000
Washington, D.C. 20004
Tel.: (202) 274-2864
Fax: (202) 274-2994
Prashant.Khetan@troutmansanders.com
tom.blair@troutmansanders.com

*Counsel for Defendants The Continental Insurance Company and National Indemnity Company*

/s/ Stuart L. Peacock
Stuart L. Peacock (DC Bar No. 428908)
GORDON & REES, LLP
700 12th Street, NW, Suite 1050
Washington, D.C. 20005

Four Penn Center – 13th Floor
1600 John F Kennedy Boulevard
Philadelphia, PA  19103
Tel.: (215) 587-1000
Fax: (215) 587-1444
jsullivan@postschell.com
aradocha@postschell.com

*Counsel for Defendant Pennsylvania Manufacturers' Association Insurance Company*

Tel.: (202) 399-1009
Fax (202) 800-2999
speacock@gordonrees.com

William P. Shelley, Esq.
Jacob C. Cohn, Esq.
GORDON & REES, LLP
One Commerce Square
2005 Market Street, Suite 2900
Philadelphia, PA  19103
Tel.: (215) 561-2300
Fax: (215) 693-6650
wshelley@gordonrees.com
jcohn@gordonrees.com

*Counsel for Defendant United States Fire Insurance Company, also incorrectly designated as Crum & Forster Corporation*

## **CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the foregoing Notice of Removal was served by U.S. Mail, addressed to the following:

Steven A. Luxton
Paul A. Zevnik
MORGAN LEWIS AND BOCKIUS LLP
111 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 739-3000
Fax: (202) 739-3001
pzevnik@morganlewis.com
sluxton@morganlewis.com

*Counsel for Plaintiff The Walter E. Campbell Company*

Harry Lee
Catherine Cockerham
STEPTOE & JOHNSON LLP
1330 Connecticut Ave NW
Washington, D.C.  20036
Tel.: (202) 429-3000
Fax: (202) 429-3902
hlee@steptoe.com
ccockerham@steptoe.com

*Counsel for Defendant St. Paul Fire and Marine Insurance Company*

Christopher J. Barr
Matthew J. Agen, Esq.
POST & SCHELL, P.C.
Suite 600
607 14th Street NW
Washington, D.C.  20005-2006
Tel: (202) 347-1000
Fax: (202) 661-6970 (fax)
cbarr@postschell.com
matthewagen@postschell.com

John C. Sullivan, Esq.
POST & SCHELL, P.C.
Four Penn Center – 13th Floor

Lori A. Rubin
Benjamin R. Dryden
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 600
Washington, D.C.  20007-5109
Tel.: (202) 672-5300
Fax: (202) 672-5399
larubin@foley.com
bdryden@foley.com

Ana M. Francisco, Esq.
Michael Thompson, Esq.
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA  02199
Tel.: (617) 342-4000
Fax: (617) 342-4001
afrancisco@foley.com
mxthompson@foley.com

*Counsel for Defendant General Insurance Company of America*

Prashant K. Khetan
Charles T. Blair
TROUTMAN SANDERS LLP
401 Ninth St NW, Suite 1000
Washington, D.C.  20004
Tel.: (202) 274-2864
Fax: (202) 274-2994
Prashant.Khetan@troutmansanders.com
tom.blair@troutmansanders.com

*Counsel for Defendants The Continental Insurance Company and National Indemnity Company*

Stuart L. Peacock
GORDON & REES, LLP
700 12th Street, NW, Suite 1050

1600 John F Kennedy Boulevard
Philadelphia, PA  19103
Tel.: (215) 587-1000
Fax: (215) 587-1444
jsullivan@postschell.com
aradocha@postschell.com

*Counsel for Defendant Pennsylvania Manufacturers' Association Insurance Company*

Washington, D.C.  20005
Tel.: (202) 399-1009
Fax (202) 800-2999
speacock@gordonrees.com

William P. Shelley, Esq.
Jacob C. Cohn, Esq.
GORDON & REES, LLP
One Commerce Square
2005 Market Street, Suite 2900
Philadelphia, PA  19103
Tel.: (215) 561-2300
Fax: (215) 693-6650
wshelley@gordonrees.com
jcohn@gordonrees.com

*Counsel for Defendant United States Fire Insurance Company*

This the 30th day of December, 2013.

                                      /s/ Edward B. Parks, II
Edward B. Parks, II
SHIPMAN & GOODWIN LLP
1133 Connecticut Ave., NW
Washington, DC 20036
Tel. (202) 469-7750
Fax (202) 469-7751
eparks@goodwin.com

*Counsel for Defendant The Hartford Financial Services Group, Inc.*